

**MICHAEL W. DOBBINS**
**CLERK**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

815-987-4354

November 9, 2011

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA v. Neely

U.S.D.C. DOCKET NO. : 09-CR-50034-2

U.S.C.A. DOCKET NO. : 11-1743

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

1  VOLUME OF PLEADINGS

1   PDF (containing 4 transcripts)

OTHER (SPECIFY):        Supplement will follow in mail with PSR.

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                          Very truly yours,

                          Michael W. Dobbins, Clerk

                          By:_____/s/_____
                              Julia Mitchell, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    1 Electronic Volume of Pleadings

    1 PDF (containing 4 transcripts)

    Supplement will follow in mail with PSR.

In the cause entitled: USA v. Neely

USDC NO.    : 09-CR-50034-2

USCA NO.    : 11-1743

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Rockford, Illinois, this 9th day of November, 2011.

        MICHAEL W. DOBBINS, CLERK

        By: _____/s/_____
            Julia Mitchell, Deputy Clerk

APPEAL, MAHONEY, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 4.2 (Rockford)
# CRIMINAL DOCKET FOR CASE #: 3:09-cr-50034-2
# Internal Use Only

Case title: USA v. Puckett et al

Date Filed: 08/25/2009
Date Terminated: 03/04/2011

Assigned to: Honorable Frederick J. Kapala
Referred to: Honorable P. Michael Mahoney

Appeals court case number: 11-1743 Seventh Circuit

## Defendant (2)

**Troy Neely**
*TERMINATED: 03/04/2011*

represented by **Michael James Phillips**
Law Offices of Michael J. Phillips
10 North Galena Avenue
Suite 210
Freeport, IL 61032
(815) 378-1479
Fax: (815) 232-5500
Email: flanner77@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE MARIJUANA (1) | The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years. Special conditions of supervision. The defendant shall pay a fine of $50,000.00. Schedule of payments. Statement of reasons. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846=MD.M | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Mark T Karner**<br>United States Attorney's Office (Rockford)<br>308 West State Street<br>Suite 300<br>Rockford, IL 61101<br>Email: mark.karner@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**AUSA - Rockford**<br>U.S. Attorney's Office<br>308 West State Street<br>Suite 300<br>Rockford, IL 61101<br>(815) 987-4444<br>Email: usailn.ecfrockford@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**MARS**<br>U.S. Marshal<br>211 S. Court St.<br>Rockford, IL 61101<br>*ATTORNEY TO BE NOTICED*<br><br>**PRO**<br>PROBATION OFFICE<br>211 S. Court<br>Rockford, Il 61101<br>987-4362<br>Email: Intake_Docket_ILNP@ilnp.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**PTS**<br>Pretrial Services<br>211 S. Court St.<br>Rockford, IL 61101 |

Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2009 | 1 | COMPLAINT signed by Honorable P. Michael Mahoney as to Osic Bernard Puckett (1), Troy Neely (2) (jmm-r, ) (Entered: 07/29/2009) |
| 07/28/2009 | | ARREST WARRANT issued as to Osic Bernard Puckett, Troy Neely (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | 5 | PETITION (Motion) by USA for writ of habeas corpus ad prosequendum as to Troy Neely (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | 6 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : USA's petition for writ of habeas corpus ad prosequendum as to Troy Neely returnable before Judge Mahoney on 7/29/09 at 11:30 a.m. 5 is granted. (For further detail see separate order.) Electronic notices. (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | 7 | ORDER as to Troy Neely regarding order for writ 6 . Signed by the Honorable P. Michael Mahoney on 7/29/09. (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | | WRIT of Habeas Corpus Ad Prosequendum issued regarding Troy Neely (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | | ARREST of defendants Osic Bernard Puckett, Troy Neely (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | 11 | ARREST WARRANT returned executed as to Troy Neely on 7/29/09 (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | 12 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Initial appearance proceedings held. Defendant appears in response to writ. Michael Phillips appointed as counsel. Defendant informed of rights. Financial affidavit due 8/05/09. USA moves for detention. Detention/preliminary hearing set for 8/03/09 at 1:30 p.m. Enter order of temporary detention. Electronic notices. (jmm-r, ) (Entered: 07/29/2009) |
| 07/29/2009 | 13 | ORDER of Temporary Detention as to Troy Neely signed by the Honorable P. Michael Mahoney on 7/29/09. (jmm-r, ) (Entered: 07/29/2009) |
| 08/03/2009 | | MOTION (Oral) by Troy Neely to reset the detention/preliminary hearing to 8/05/09 at 11:15 a.m. (jmm-r, ) (Entered: 08/03/2009) |
| 08/03/2009 | 23 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Motion hearing held. Defendant's oral motion to reset the detention/preliminary hearing to 8/05/09 at 11:15 a.m. is granted. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 08/03/2009) |
| 08/05/2009 | 24 | AFFIDAVIT Financial filed by Troy Neely (SEALED DOCUMENT) (jmm-r, ) (Entered: 08/05/2009) |
| 08/05/2009 | 28 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Defendant waives right to a preliminary hearing. Court enters finding of probable |

| | | |
|---|---|---|
| | | cause. Detention hearing held. Enter order setting conditions of release. Status hearing set for 8/27/09 at 11:00 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 08/05/2009) |
| 08/05/2009 | 29 | ORDER Setting Conditions of Release as to Troy Neely (2) secured by $5,000.00 in house (For further detail see order.) Signed by the Honorable P. Michael Mahoney on 8/05/09. (REDACTED IMAGE) Mailed notices. (jmm-r, ) (Entered: 08/05/2009) |
| 08/05/2009 | 30 | BOND as to Troy Neely in amount of $ $5,000.00 (secured by house) (SEALED DOCUMENT) (jmm-r, ) (Entered: 08/05/2009) |
| 08/11/2009 | 31 | MOTION by Troy Neely for leave to *Change Form Of Property As Bail* (Phillips, Michael) (Entered: 08/11/2009) |
| 08/11/2009 | 32 | NOTICE of Motion by Michael James Phillips for presentment of motion for leave to 31 before Honorable P. Michael Mahoney on 8/14/2009 at 11:15 AM. (Phillips, Michael) (Entered: 08/11/2009) |
| 08/14/2009 | 33 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Defendant's motion to post $5,000.00 cash in lieu of real estate for defendant's bond 31 is granted. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 08/14/2009) |
| 08/25/2009 | | CASE ASSIGNED as to Osic Bernard Puckett, Troy Neely to the Honorable Frederick J. Kapala and designated as Magistrate Judge the Honorable P. Michael Mahoney. (jmm-r, ) (Entered: 08/25/2009) |
| 08/25/2009 | 34 | INDICTMENT as to Osic Bernard Puckett (1) count(s) 1, Troy Neely (2) count(s) 1 (jmm-r, ) (Entered: 08/25/2009) |
| 08/25/2009 | 35 | DESIGNATION Sheet: FELONY (Category IV). (jmm-r, ) (Entered: 08/25/2009) |
| 08/25/2009 | 36 | MINUTE entry before the Honorable P. Michael Mahoney as to Osic Bernard Puckett and Troy Neely : The Grand Jury for the May 2009 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Honorable Judge P. Michael Mahoney. Arraignment set for 8/27/09 at 11:00 a.m. Electronic notices. (jmm-r, ) (Entered: 08/25/2009) |
| 08/27/2009 | | MOTION (Oral) by Osic Bernard Puckett, Troy Neely for time to 9/30/09 to file pretrial motions (jmm-r, ) (Entered: 08/27/2009) |
| 08/27/2009 | | MOTION (Oral) by USA for the time of 8/27/09 to and including 9/30/09 to be deemed excludable under 18 USC 3161(h)(1) as to Osic Bernard Puckett, Troy Neely (jmm-r, ) (Entered: 08/27/2009) |
| 08/27/2009 | 37 | MINUTE entry before the Honorable P. Michael Mahoney as to Osic Bernard Puckett and Troy Neely : Arraignment/Status hearing held. Defendants enter pleas of not guilty to the indictment. 16.1 conference to be held by 9/03/09. Defendant's oral motion for time to 9/30/09 to file pretrial motions is granted. USA's oral motion for the time of 8/27/09 to and including 9/30/09 to be deemed excludable under 18 USC 3161(h)(1) is granted. Status hearing set for 9/30/09 at 11:00 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 08/27/2009) |
| 09/30/2009 | | MOTION (Oral) by USA for the time of 9/30/09 to and including 10/08/09 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) as to Troy Neely (jmm-r, ) (Entered: 09/30/2009) |

| | | |
|---|---|---|
| 09/30/2009 | 🌐 39 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. USA's oral motion for the time of 9/30/09 to and including 10/08/09 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) is taken under advisement. Status hearing set for 10/08/09 at 11:00 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 09/30/2009) |
| 10/08/2009 | 🌐 | MOTION (Oral) by Troy Neely for an extension of time to 11/16/09 to file pretrial motions (jmm-r, ) (Entered: 10/08/2009) |
| 10/08/2009 | 🌐 | MOTION (Oral) by USA for the time of 9/30/09 to and including 11/16/09 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) as to Troy Neely (jmm-r, ) (Entered: 10/08/2009) |
| 10/08/2009 | 🌐 40 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. Defendant's oral motion for an extension of time to 11/16/09 to file pretrial motions is granted. USA's oral motion for the time of 9/30/09 to and including 11/16/09 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) is granted. Status hearing set for 11/16/09 at 11:00 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 10/08/2009) |
| 11/16/2009 | 🌐 | MOTION (Oral) by Troy Neely for an extension of time to 12/22/09 to file pretrial motions (jmm-r, ) (Entered: 11/16/2009) |
| 11/16/2009 | 🌐 | MOTION (Oral) by USA for the time of 11/16/09 to and including 12/22/09 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) as to Troy Neely (jmm-r, ) (Entered: 11/16/2009) |
| 11/16/2009 | 🌐 42 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. Defendant's oral motion for an extension of time to 12/22/09 to file pretrial motions is granted. USA's oral motion for the time of 11/16/09 to and including 12/22/09 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) is granted. Status hearing set for 12/22/09 at 11:30 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 11/16/2009) |
| 11/16/2009 | 🌐 | (Court only) Set/Reset Hearings as to Troy Neely: Status hearing set for 12/22/2009 at 11:30 AM before Judge P. Michael Mahoney pursuant to minute order of 11/16/09. (jmm-r, ) (Entered: 12/15/2009) |
| 12/21/2009 | 🌐 44 | MOTION by Troy Neely to modify conditions of release (Phillips, Michael) (Entered: 12/21/2009) |
| 12/22/2009 | 🌐 | MOTION (Oral) by Troy Neely for an extension of time to 1/04/10 to file pretrial motions (jmm-r, ) (Entered: 12/22/2009) |
| 12/22/2009 | 🌐 | MOTION (Oral) by USA for the time of 12/22/09 to and including 1/04/10 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) as to Troy Neely (jmm-r, ) (Entered: 12/22/2009) |
| 12/22/2009 | 🌐 45 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. Defendant's oral motion for an extension of time to January 4, 2010 to file pretrial motions is granted. Defendant's motion to modify conditions of bond 44 is granted. Defendant given leave to travel to Stone Mountain, GA after the January 4, 2010 status hearing to visit his daughter. Defendant to notify pretrial service when he leaves and upon his return. Defendant to provide Pretrial with an address where he will be staying and phone numbers to contact him if necessary. USA's oral |

|  |  |  |
|---|---|---|
|  |  | motion for the time of December 22, 2009 to and including January 4, 2010 to be deemed excludable under 18 USC 3161(h)(1) (X-E) and 18 USC 3161(h)(7)(b)(iv) (X-T) is granted. Status hearing set for January 4, 2010 at 11:30 am. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 12/22/2009) |
| 01/04/2010 |  | MOTION (Oral) by Troy Neely for an extension of time to 2/09/10 to file pretrial motions (jmm-r, ) (Entered: 01/04/2010) |
| 01/04/2010 |  | MOTION (Oral) by USA for the time of 1/04/10 to and including 2/09/10 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) as to Troy Neely (jmm-r, ) (Entered: 01/04/2010) |
| 01/04/2010 | 46 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. Defendant's oral motion for an extension of time to 2/09/10 to file pretrial motions is granted. USA's oral motion for the time of 1/04/10 to and including 2/09/10 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) is granted. Status hearing set for 2/09/10 at 11:30 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 01/04/2010) |
| 02/09/2010 |  | MOTION (Oral) by Troy Neely for an extension of time to 3/10/10 to file pretrial motions (jmm-r, ) (Entered: 02/09/2010) |
| 02/09/2010 |  | MOTION (Oral) by USA for the time of 2/09/10 to and including 3/10/10 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) as to Troy Neely (jmm-r, ) (Entered: 02/09/2010) |
| 02/09/2010 | 48 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. Defendant's oral motion for an extension of time to 3/10/10 to file pretrial motions is granted. USA's oral motion for the time of 2/09/10 to and including 3/10/10 to be deemed excludable under 18 USC 3161(h)(1) and 18 USC 3161(h)(7)(b)(iv) is granted. Status hearing set for 3/10/10 at 11:30 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 02/09/2010) |
| 03/10/2010 |  | MOTION (Oral) by Troy Neely for an extension of time to 3/31/10 to file pretrial motions (jmm-r, ) (Entered: 03/10/2010) |
| 03/10/2010 |  | MOTION (Oral) by USA for the time of 3/10/10 to and including 3/31/10 to be deemed excludable under 18 USC 3161(h)(7)(b)(iv) as to Troy Neely (jmm-r, ) (Entered: 03/10/2010) |
| 03/10/2010 | 52 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. Defendant's oral motion for an extension of time to 3/31/10 to file pretrial motions is granted. USA's oral motion for the time of 3/10/10 to and including 3/31/10 to be deemed excludable under 18 USC 3161(h)(7)(b)(iv) is granted. Status hearing set for 3/31/10 at 11:30 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 03/10/2010) |
| 03/31/2010 |  | MOTION (Oral) by USA for the time of 3/31/10 to and including 4/29/10 to be deemed excludable under 18 USC 3161(h)(1)(d) as to Troy Neely (jmm-r, ) (Entered: 03/31/2010) |
| 03/31/2010 | 55 | MINUTE entry before the Honorable P. Michael Mahoney as to Troy Neely : Status hearing held. Defendant's yet to be filed pretrial motion considered presented. Brief in support 4/05/10. Response due 4/19/10. Reply due 4/29/10. If a party is not going to file a brief in response or reply, it is the obligation of that party, within the time |

| | | |
|---|---|---|
| | | frame established by this order, to so notify the court in writing. Counsel report defendant ready for transfer. Defendant is transferred to Judge Kapala's calendar. USA's oral motion for the time of 3/31/10 to and including 4/29/10 to be deemed excludable under 18 USC 3161(h)(1)(d) is granted. Defendant stipulates to excludable time. Status hearing set before Judge Kapala for 5/07/10 at 9:00 a.m. Notices mailed by Judicial staff. (jmm-r, ) (Entered: 03/31/2010) |
| 04/01/2010 | 56 | MOTION by Troy Neely to suppress *Physical Evidence and To Quash Arrest* (Phillips, Michael) (Entered: 04/01/2010) |
| 04/12/2010 | 58 | MOTION by Troy Neely to modify conditions of release *(EMERGENCY Motion)* (Phillips, Michael) (Entered: 04/12/2010) |
| 04/13/2010 | 59 | MOTION by Troy Neely to amend/correct MOTION by Troy Neely to modify conditions of release *(EMERGENCY Motion)* 58 *Amended Emergency Motion To Modify Conditions of Release* (Phillips, Michael) (Entered: 04/13/2010) |
| 04/14/2010 | 60 | MINUTE entry before the Honorable P. Michael Mahoney: Defendant's Motion to modify conditions of release 58 is moot as to Troy Neely (2). Defendant's Motion to modify conditions of bond 59 is granted as to Troy Neely (2). By agreement of the USA, defendant's bond is modified as follows: Defendant is given leave to travel to Tuscon, AZ from 4/13/10 to 4/19/10 and then continued to Los Angles, CA to 5/7/10 for employment. Mailed notice (glg, ) (Entered: 04/14/2010) |
| 04/16/2010 | 62 | MOTION by Osic Bernard Puckett to expand conditions of pretrial release (Cain, Daniel) Modified on 4/19/2010 (jmm-r, ). (Entered: 04/16/2010) |
| 04/18/2010 | 63 | MEMORANDUM of Law by Troy Neely in support of motion to quash arrest and to suppress physical evidence 56 (Phillips, Michael) Modified on 4/19/2010 (jmm-r, ). (Entered: 04/18/2010) |
| 05/07/2010 | | MOTION (Oral) by USA as to Osic Bernard Puckett, Troy Neely to exclude time period from May 7, 2010 through and including June 22, 2010 pursuant to 18 USC 3161`(h)(1)(D) (sb, ) (Entered: 05/10/2010) |
| 05/07/2010 | 66 | MINUTE entry before the Honorable Frederick J. Kapala as to Osic Bernard Puckett (1), Troy Neely (2): Status hearing held. Defendant Osic Bernard Puckett does not appear as his presence today has previously been waived. Attorney Michael Phillips appears late. Motion Hearing on defendants' motions to quash and suppress [50 & 56] set for 6/22/2010 at 9:30 a.m. United States' oral motion to exclude time period from May 7, 2010 through and including June 22, 2010 pursuant to 18 USC 3161(h)(1)(D) is granted. electronic/mailed notice (sb, ) (Entered: 05/10/2010) |
| 06/02/2010 | 67 | MINUTE entry before the Honorable Frederick J. Kapala as to Osic Bernard Puckett, Troy Neely: Due to the court's schedule, motion hearing on defendants' motions to quash and suppress [50 & 56] reset from June 22, 2010 to July 29, 2010 at 9:30 a.m. electronic/mailed notice (sb, ) (Entered: 06/02/2010) |
| 06/02/2010 | | (Court only) ***Motions terminated as to Troy Neely: 62 MOTION by Osic Bernard Puckett to leave the jurisdiction as to Osic Bernard Puckett, Troy Neely filed by Osic Bernard Puckett (should not have been docketed in Troy Neely's case). (sb, ) (Entered: 06/02/2010) |

| | | |
|---|---|---|
| 07/29/2010 | 🌐 | MOTION Oral by Osic Bernard Puckett to exclude witnesses (sb, ) (Entered: 08/02/2010) |
| 07/29/2010 | 🌐 68 | MINUTE entry before the Honorable Frederick J. Kapala as to Osic Bernard Puckett and Troy Neely: Defendant Puckett's oral motion to exclude witnesses is granted. Evidentiary motion hearing held. Defendant's post-hearing brief due August 12, 2010. United States' post-hearing brief due September 2, 2010. Electronic/Mailed notice (sb, ) (Entered: 08/02/2010) |
| 07/29/2010 | 🌐 | (Court only) ***Motions terminated as to Osic Bernard Puckett: MOTION by Osic Bernard Puckett to exclude witnesses. (sb, ) (Entered: 08/02/2010) |
| 08/12/2010 | 🌐 69 | Brief by Osic Bernard Puckett as to Osic Bernard Puckett, Troy Neely regarding motion to quash 50 *Post-Hearing Brief* (Cain, Daniel) (Entered: 08/12/2010) |
| 09/02/2010 | 🌐 70 | RESPONSE by USA to brief 69 (Karner, Mark) (Entered: 09/02/2010) |
| 09/20/2010 | 🌐 71 | MINUTE entry before the Honorable Frederick J. Kapala as to Osic Bernard Puckett and Troy Neely : This matter is set for decision on pending motions and status hearing on 9/23/10 at 9:00 a.m. Electronic notices. (jmm-r, ) (Entered: 09/20/2010) |
| 09/23/2010 | 🌐 73 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely:Status hearing held. Counsel for defendant does not appear. Status hearing set for 10/1/2010 at 2:30 PM. Electronic/ copy to USMS notice (jat, ) (Entered: 09/23/2010) |
| 09/23/2010 | 🌐 74 | Written Opinion as to Osic Bernard Puckett (1); Troy Neely (2) Signed by the Honorable Frederick J. Kapala on 9/23/10: Defendants' motions to quash arrest and suppress evidence 50 56 are denied. [For further details see minute order.] Docketing mailed notice (jat, ) (Entered: 09/23/2010) |
| 10/01/2010 | 🌐 76 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely: Status hearing held and continued for status/change of plea hearing on 10/8/2010 at 11:00 AM. Mailed notice (sb, ) (Entered: 10/04/2010) |
| 10/08/2010 | 🌐 79 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely: Status hearing held. Change of Plea Hearing set for 10/14/2010 at 9:30 AM. Mailed notice (sb, ) (Entered: 10/08/2010) |
| 10/14/2010 | 🌐 81 | MOTION by Troy Neely for release from custody *pending sentencing hearing* (Phillips, Michael) (Entered: 10/14/2010) |
| 10/14/2010 | 🌐 82 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely : Change of plea hearing held. Defendant enters plea of guilty to the charge contained in the indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing hearing set for 2/08/11 at 2:30 p.m. Defendant's motion to remain on pretrial 81 is denied. Defendant is remanded to the custody of the U.S. Marshal at 11:30 a.m. today. (For further details see minute order.) Notices mailed by judge's staff. (jmm-r, ) (Entered: 10/14/2010) |
| 10/14/2010 | 🌐 83 | PLEA Agreement as to Troy Neely (jmm-r, ) (Entered: 10/14/2010) |
| 01/31/2011 | 🌐 86 | OBJECTION to Presentence Investigation Report by Troy Neely (Phillips, Michael) (Entered: 01/31/2011) |

| | | |
|---|---|---|
| 02/07/2011 | 88 | RESPONSE by USA to objection to presentence investigation report 86 (Karner, Mark) (Entered: 02/07/2011) |
| 02/07/2011 | 89 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely: The court sua sponte resets sentencing hearing from 2/8/2011 to 2/14/2011 at 9:30 AM. Electronic/Mailed/Telephoned notice (sb, ) Modified on 2/8/2011 (sb, ). (Entered: 02/07/2011) |
| 02/10/2011 | 91 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely: The court sua sponte cancels sentencing hearing set for February 14, 2011 and will reset it at a later date. electronic/telephoned/mailed notice (sb, ) (Entered: 02/10/2011) |
| 02/18/2011 | 93 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely: Sentencing hearing reset for 3/4/2011 at 2:30 PM. electronic/mailed/telephoned notice (sb, ) (Entered: 02/18/2011) |
| 03/04/2011 | 98 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely: Sentencing hearing held. Electronic notice (sb, ) (Entered: 03/16/2011) |
| 03/04/2011 | 99 | MINUTE entry before the Honorable Frederick J. Kapala as to Troy Neely : Enter judgment in a criminal case. The Clerk is directed to apply the cash bond in this case, plus any accrued interest, towards the fine and special assessment. Electronic notices. (jmm-r, ) (Entered: 03/16/2011) |
| 03/04/2011 | 100 | JUDGMENT (Sentencing Order) as to Troy Neely (2), Count(s) 1, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 months. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, the defendant shall be on supervised release for a term of 4 years. Special conditions of supervision. The defendant shall pay a fine of $50,000.00. Schedule of payments. Statement of reasons. Signed by the Honorable Frederick J. Kapala on 3/16/11. (REDACTED IMAGE) Mailed notices. (jmm-r, ) (Entered: 03/16/2011) |
| 03/04/2011 | | (Court only) ***Location start as to Troy Neely (pjg, ) (Entered: 04/05/2011) |
| 03/16/2011 | | JUDGMENT and Commitment as to Troy Neely issued to U.S. Marshal (jmm-r, ) (Entered: 03/16/2011) |
| 03/29/2011 | 101 | NOTICE OF APPEAL by Troy Neely regarding judgment,, 100 , order on motion to quash, order on motion to suppress,, 74 (Phillips, Michael) (Entered: 03/29/2011) |
| 03/29/2011 | 102 | CERTIFICATE of Interest by Troy Neely (Phillips, Michael) (Entered: 03/29/2011) |
| 03/29/2011 | 103 | NOTICE of of Intent To Proceed In Forma Pauperis as toTroy Neely regarding notice of appeal 101 (Phillips, Michael) (Entered: 03/29/2011) |
| 03/29/2011 | 104 | Seventh Circuit Transcript Information Sheet by Troy Neely (Phillips, Michael) (Entered: 03/29/2011) |
| 03/30/2011 | 105 | Transmission of short record as to Troy Neely to US Court of Appeals re notice of appeal 101 (jmm-r, ) (Entered: 03/30/2011) |
| 03/30/2011 | 106 | NOTICE of docketing record on appeal from USCA as to Troy Neely re notice of appeal 101 . USCA Case Number 11-1743. (jmm-r, ) (Entered: 03/30/2011) |

| 04/01/2011 | 107 | TRANSCRIPT designation and order form by Troy Neely for proceedings held on 7/29/10 & 10/14/10 before Judge Kapala (jmm-r, ) (Entered: 04/01/2011) |
|---|---|---|
| 04/21/2011 | 108 | MOTION by Osic Bernard Puckett For Order to Apply Defendant's Seized Money To Satisfy The Fine Provision of Sentencing Order as to Osic Bernard Puckett (Cain, Daniel) Text Modified on 4/22/2011 (jat, ). (Entered: 04/21/2011) |
| 04/22/2011 |  | (Court only) ***Motions terminated as to Troy Neely: 108 MOTION by Osic Bernard Puckett For Order to Apply Defendant's Seized Money To Satisfy The Fine Provision of Sentencing Order as to Osic Bernard Puckett, Troy Neely filed by Osic Bernard Puckett. [motion only as to Osic Bernard] (jat, ) (Entered: 04/22/2011) |
| 05/05/2011 | 112 | TRANSCRIPT OF PROCEEDINGS as to Troy Neely held on 10-14-10, before the Honorable Frederick J. Kapala. Court Reporter Contact Information: mary_lindbloom@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/26/2011. Redacted Transcript Deadline set for 6/6/2011. Release of Transcript Restriction set for 8/3/2011. (Lindbloom, Mary) (Entered: 05/05/2011) |
| 05/05/2011 | 113 | TRANSCRIPT OF PROCEEDINGS as to Troy Neely held on 3-4-11, before the Honorable Frederick J. Kapala. Court Reporter Contact Information: mary_lindbloom@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/26/2011. Redacted Transcript Deadline set for 6/6/2011. Release of Transcript Restriction set for 8/3/2011. (Lindbloom, Mary) (Entered: 05/05/2011) |
| 05/13/2011 | 117 | REDACTED 113 TRANSCRIPT OF PROCEEDINGS as to Troy Neely held on 3-4-11, before the Honorable Frederick J. Kapala. Court Reporter Contact Information: mary_lindbloom@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

| | | |
|---|---|---|
| | | Redaction Request due 5/26/2011. Redacted Transcript Deadline set for 6/6/2011. Release of Transcript Restriction set for 8/3/2011. (Lindbloom, Mary) (Lindbloom, Mary) (Entered: 05/13/2011) |
| 09/13/2011 | 121 | TRANSCRIPT OF PROCEEDINGS as to Osic Bernard Puckett, Troy Neely held on 7-29-10, before the Honorable Frederick J. Kapala. Court Reporter Contact Information: mary_lindbloom@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/4/2011. Redacted Transcript Deadline set for 10/14/2011. Release of Transcript Restriction set for 12/12/2011. (Lindbloom, Mary) (Entered: 09/13/2011) |
| 09/20/2011 | 122 | Transcript Redaction Request in case as to Osic Bernard Puckett, Troy Neely re 121 transcript,,, filed by attorney Mark T Karner (Karner, Mark) (Entered: 09/20/2011) |
| 11/09/2011 | 123 | NOTICE to Transmit Record on Appeal by USCA as to Troy Neely (jmm-r, ) (Entered: 11/09/2011) |