## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

March 15, 2012

**FILED**

MAR 1 5 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
211 S. Court Street
Rockford, IL 61101-0000

| | |
|---|---|
| No.: 11-1743 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>TROY NEELY, Defendant - Appellant |

**Originating Case Information:**

District Court No: 3:09-cr-50034-2
Northern District of Illinois, Western Division
District Judge Frederick J. Kapala

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:  Entire record returned consisting of

Sealed Envelopes: 2

This notice sent to:

[X]   United States Marshal            [X]   United States Probation Officer

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                  **Received by:**

_____             _____

form name: **c7_Mandate**(form ID: **135**)

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### FINAL JUDGMENT

February 22, 2012



CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Before:
    FRANK H. EASTERBROOK, Chief Judge
    WILLIAM J. BAUER, Circuit Judge
    DIANE S. SYKES, Circuit Judge

| No.: 11-1743 | UNITED STATES OF AMERICA, Plaintiff - Appellee <br><br> v. <br><br> TROY NEELY, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:09-cr-50034-2 <br> Northern District of Illinois, Western Division <br> District Judge Frederick J. Kapala ||

Counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED** in accordance with the decision of this court entered on this date.

form name: c7_FinalJudgment(form ID: 132)



FILED
MAR 15 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT